**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7132**

_____

GARY STEVEN SCOTT,

                    Plaintiff – Appellant,

          v.

MICHAEL MCCALL, Deputy Director of South Carolina Dept. of
Corrections; JAMES DEAN, Assoc. Warden; WILLIE DAVIS,
Assoc. Warden; THOMAS COMMANDER, Captain; MARLON FEDD, Food
Services Director,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Richard Mark Gergel, District
Judge.  (6:14-cv-02750-RMG)

_____

Submitted:  October 20, 2015          Decided:  October 23, 2015

_____

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gary Steven Scott, Appellant Pro Se. Lisa Arlene Thomas,
THOMPSON & HENRY, PA, Conway, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Steven Scott appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Scott v. McCall, No. 6:14-cv-02750-RMG (D.S.C. June 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED